UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-CV-81520-RS

FELIX MARTINEZ,

    Plaintiff,

vs.

NPAS, INC., and PALMS WEST HOSPITAL
LIMITED PARTNERSHIP,

    Defendants.
_____/

**PALMS WEST HOSPITAL LIMITED PARTNERSHIP'S CERTIFICATE
OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Palms West Hospital Limited Partnership ("Palms West") in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, discloses the following:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

   Defendant Palms West Hospital Limited Partnership is a Delaware limited partnership whose general partner is Columbia Palm Beach GP, LLC. Columbia Palm Beach GP, LLC is wholly owned by Palm Beach Healthcare System, Inc. – the sole limited partner of Palms West. No publicly traded company owns 10% or more of Palms West.

   NPAS, Inc. (Defendant)

   Carlton Fields, P.A. (counsel for Palms West Hospital Limited Partnership)

   Naomi M. Berry, Esquire (counsel for Palms West Hospital Limited Partnership)

   Scott A. Richards, Esquire (counsel for Palms West Hospital Limited Partnership)

   Felix Martinez (Plaintiff)

        Jibrael S. Hindi, Esquire (counsel for Plaintiff)

        The Law Offices of Jibrael S. Hindi (counsel for Plaintiff)

        Thomas J. Patti, Esquire (counsel for Plaintiff)

        Paul A. Herman, Esquire (counsel for Plaintiff)

        Consumer Advocates Law Group, PLLC (counsel for Plaintiff)

        Joel A. Brown, Esquire (counsel for Plaintiff)

        Friedman & Brown, LLC (counsel for Plaintiff)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: December 20, 2019        Respectfully submitted,

        */s/ Naomi M. Berry*
        Naomi M. Berry (FBN 69916)
        nberry@carltonfields.com
        Carlton Fields, P.A.
        100 SE Second St., Suite 4200
        Miami, Florida 33131
        Telephone: (305) 530-0050

        and

        Scott A. Richards (FBN 72657)
        SRichards@carltonfields.com
        Carlton Fields, P.A.
        200 South Orange Avenue, Suite 1000
        Orlando, FL 32801
        Telephone: (407) 244-8226
        *Counsel for Defendant Palms West Hospital Limited Partnership*